# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-20338 |
| | § | |
| MICHELLE STEPPS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/07/2015, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/12/2014            By:  /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-20338 |
| | § | |
| MICHELLE STEPPS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,500.00
*and approved disbursements of* $67.90
*leaving a balance on hand of[1]:* $4,432.10

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,432.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,125.00 | $0.00 | $1,125.00 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |
| Lakelaw, Attorney for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $35.88 | $0.00 | $35.88 |

Total to be paid for chapter 7 administrative expenses: $2,165.74
Remaining balance: $2,266.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,266.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,556.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $3,397.09 | $0.00 | $1,385.69 |
| 3 | Illinois Department of Revenue | $2,159.00 | $0.00 | $880.67 |

|  | Total to be paid to priority claims: | $2,266.36 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,751.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $8,067.48 | $0.00 | $0.00 |
| 2a | Internal Revenue Service | $77.94 | $0.00 | $0.00 |
| 3a | Illinois Department of Revenue | $182.38 | $0.00 | $0.00 |
| 4 | Capital One, N.A. | $1,218.42 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $2,115.66 | $0.00 | $0.00 |
| 6 | American InfoSource LP as agent for | $467.43 | $0.00 | $0.00 |
| 7 | CERASTES, LLC | $1,451.89 | $0.00 | $0.00 |
| 8 | eCAST Settlement Corporation, assignee | $6,170.38 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

      Total to be paid to timely general unsecured claims:  $0.00
                 Remaining balance:  $0.00

  Tardily filed claims of general (unsecured) creditors totaling $24,291.46 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 9 | PNC Bank | $24,291.46 | $0.00 | $0.00 |

      Total to be paid to tardily filed general unsecured claims:  $0.00
                 Remaining balance:  $0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

          Total to be paid for subordinated claims:  $0.00
                Remaining balance:  $0.00


         Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UST Form 101-7-NFR (10/1/2010)

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                             Case No. 13-20338-TAB
Michelle Stepps                                                                    Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann              Page 1 of 2                  Date Rcvd: Dec 15, 2014
                              Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2014.
db             +Michelle Stepps,    8025 S. Franscisco Ave.,    Chicago, IL 60652-2726
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
20480927       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21033188        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20480928       +Arnold Scott Harris,    222 Merchandise Mart Plaza, #1932,    Chicago, IL 60654-1420
20480929       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,   Wilmington, DE 19899-8801
20480930       +Bk Of Amer,    Attn: Corr. Unit/CA6-919-02-41,    Po Box 5170,   Simi Valley, CA 93062-5170
20480934      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
20480931       +Capital One NA,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
20938492        Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20480932       +Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
20480933       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20480936        City of Chicago,    Dept of Revenue,    P.O. Box 88292,   Chicago, IL 60680-1292
20929744        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
20480939        Illinois Dept of Revenue,    P.O. box 19084,    Springfield, IL 62794-9084
20480941        Juniper Bank,    PO Box 13337,    Philadelphia, PA 19101-3337
20480942        National City Bank,    PO Box 2349,    Kalamazoo, MI 49003-2349
21304531       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
20480946       +PNC Bank,    PO Box 648,    Elizabethtown, KY 42702-0648
20480947       +PNC Mortgage Services Inc.,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
20480943      #+People's Gas,    Attn: Special Projects,    130 E. Randolph Dr.,   Chicago, IL 60601-6207
20480944       +Peoples Energy,    130 E Randolph Street, Fl 2400,    Chicago, IL 60601-6322
20480945       +Pierce & Associates,    1 N. Dearborn,    Suite 1300,   Chicago, IL 60602-4373
20480949       +US Bank Home Mortgage,    4801 Federica Street,    PO Box 20005,   Owensboro, KY 42304-0005
21189760        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21066609        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 16 2014 01:33:58
                 American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
21150709       +E-mail/Text: bncmail@w-legal.com Dec 16 2014 01:27:37      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20862002        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 16 2014 01:34:01      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
20480937       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 16 2014 01:34:01      Discover Fin Svcs Llc,
                 Po Box15316,   Wilmington, DE 19850-5316
20480938       +E-mail/Text: bankruptcy.bnc@gt-cs.com Dec 16 2014 01:26:54      Green Tree Servicing L,
                 Po Box 6172,   Rapid City, SD 57709-6172
20480940        E-mail/Text: cio.bncmail@irs.gov Dec 16 2014 01:26:47      Internal Revenue Service,
                 Insolvency Division,    PO Box 7346,   Philadelphia, PA 19101-7346
20480948       +E-mail/Text: bankruptcy@sw-credit.com Dec 16 2014 01:27:32      Southwest Credit Syste,
                 4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
20480950       +Fax: 866-419-3894 Dec 16 2014 02:09:26      US Cellular,   PO Box 7835,    Madison, WI 53707-7835
20480951       +E-mail/Text: BKRMailOps@weltman.com Dec 16 2014 01:27:34      Weltman, Weinberg & Reis,
                 965 Keynote Circle,    Brooklyn Heights, OH 44131-1829
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20480935      ##+City of Chicago,    Office of the Comptroller,    33 N. LaSalle St., Room 700,
                 Chicago, IL 60602-3421
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: pseamann              Page 2 of 2                  Date Rcvd: Dec 15, 2014
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2014 at the address(es) listed below:
              Alfredo J Garcia    on behalf of Debtor Michelle    Stepps notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sara K Ledford    on behalf of Debtor Michelle    Stepps notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
                                                                                             TOTAL: 5
```