**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-20338 |
| | § | |
| MICHELLE STEPPS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $122,589.00 | Assets Exempt: | $6,900.00 |
| Total Distributions to Claimants: | $2,266.36 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,233.64 | | |

3)   Total gross receipts of $4,500.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $168,885.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,233.64 | $2,233.64 | $2,233.64 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $5,500.00 | $5,556.09 | $5,556.09 | $2,266.36 |
| General Unsecured Claims (from **Exhibit 7**) | $230,140.24 | $44,043.04 | $44,043.04 | $0.00 |
| **Total Disbursements** | $404,525.24 | $51,832.77 | $51,832.77 | $4,500.00 |

4). This case was originally filed under chapter 7 on 05/14/2013. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2015        By:   /s/ David P. Leibowitz
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 Toyota Camry | 1129-000 | $2,000.00 |
| TCF Bank Certificate of Deposit | 1129-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer | 4110-000 | $138,799.00 | $0.00 | $0.00 | $0.00 |
| | Green Tree Servicing L | 4110-000 | $30,086.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$168,885.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,125.00 | $1,125.00 | $1,125.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.86 | $4.86 | $4.86 |
| Green Bank | 2600-000 | NA | $67.90 | $67.90 | $67.90 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $35.88 | $35.88 | $35.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,233.64** | **$2,233.64** | **$2,233.64** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $3,300.00 | $3,397.09 | $3,397.09 | $1,385.69 |
| 3 | Illinois Department of Revenue | 5800-000 | $2,200.00 | $2,159.00 | $2,159.00 | $880.67 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $5,500.00 | $5,556.09 | $5,556.09 | $2,266.36 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $8,067.00 | $8,067.48 | $8,067.48 | $0.00 |
| 2a | Internal Revenue Service | 7100-000 | $0.00 | $77.94 | $77.94 | $0.00 |
| 3a | Illinois Department of Revenue | 7100-000 | $0.00 | $182.38 | $182.38 | $0.00 |
| 4 | Capital One, N.A. | 7100-900 | $1,218.00 | $1,218.42 | $1,218.42 | $0.00 |
| 5 | American Express Centurion Bank | 7100-900 | $2,079.00 | $2,115.66 | $2,115.66 | $0.00 |
| 6 | American InfoSource LP as agent for | 7100-000 | $0.00 | $467.43 | $467.43 | $0.00 |
| 7 | CERASTES, LLC | 7100-900 | $1,426.00 | $1,451.89 | $1,451.89 | $0.00 |
| 8 | eCAST Settlement Corporation, assignee | 7100-900 | $6,145.00 | $6,170.38 | $6,170.38 | $0.00 |
| 9 | PNC Bank | 7200-000 | $24,291.00 | $24,291.46 | $24,291.46 | $0.00 |
| | Cbe Group | 7100-000 | $1,179.00 | $0.00 | $0.00 | $0.00 |
| | Citibank Sd, Na | 7100-000 | $5,677.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $244.00 | $0.00 | $0.00 | $0.00 |
| | People's Gas | 7100-000 | $4,300.00 | $0.00 | $0.00 | $0.00 |
| | PNC Mortgage Services Inc. | 7100-000 | $174,906.24 | $0.00 | $0.00 | $0.00 |
| | Southwest Credit Syste | 7100-000 | $608.00 | $0.00 | $0.00 | $0.00 |
| | US Bank Home Mortgage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $230,140.24 | $44,043.04 | $44,043.04 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-20338-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEPPS, MICHELLE | Date Filed (f) or Converted (c): | 05/14/2013 (f) |
| For the Period Ending: | 3/6/2015 | §341(a) Meeting Date: | 07/18/2013 |
| | | Claims Bar Date: | 11/08/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 1 | Location: 8025 S. Franscisco Ave., Chicago IL 60652 | $95,725.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $100.00 | $100.00 | | $0.00 | FA |
| 3 | TCF Bank Checking Account | $2,700.00 | $1,004.00 | | $0.00 | FA |
| 4 | TCF Bank Certificate of Deposit | $1,004.00 | $0.00 | | $2,500.00 | FA |
| 5 | Misc. Household Goods including: Sofa, Loveseat, 3 Televisions, VCR, DVD Player, Coffee Table, End Tables, Dining Table & Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Vacuum, Beds, Dressers, Desk, Bookshelves, Computer, Printer, Stereo, Lamps, Telephone | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 6 | Used Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Watch | $60.00 | $60.00 | | $0.00 | FA |
| 8 | Treadmill | $200.00 | $200.00 | | $0.00 | FA |
| 9 | Term Life Insurance Policy through Employer. No Cash Surrender Value. | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 401k | $23,500.00 | $23,500.00 | | $0.00 | FA |
| 11 | Debtor' Sister owes her $1300.00 | $1,300.00 | $0.00 | | $0.00 | FA |
| 12 | 2006 Toyota Camry | $4,500.00 | $2,100.00 | | $2,000.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$131,589.00      $28,964.00      $4,500.00      $0.00

**Major Activities affecting case closing:**

| 09/26/2014 | TFR has been completed for Trustee's review |
| 12/03/2013 | Motion to sell |
| 10/31/2013 | Debtor sending funds to our office |
| 09/08/2013 | Motion to Employ and Extend Discharge prepared for JTB review. |
| | Asset Case - Equity in Bank Account and Vehicle - Approximate funds due estate 4-5k. |
| 09/01/2013 | Sent message to George Vogl to determine how debtor intends to pay non exempt equity. Awaiting reponse |
| 07/31/2013 | Asset Case - Equity in Bank Account and Vehicle - Approximate funds due estate 4-5k. |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 11/04/2014 | DAVID LEIBOWITZ |

Case 13-20338 Doc 32 Filed 04/02/15 Entered 04/02/15 10:55:26 Desc Main
Document Page 6 of 7

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1
Exhibit 9

| Case No. | 13-20338-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | STEPPS, MICHELLE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4260 | | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/14/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/12/2013 | | Michelle Stepps | Payment for equity in bank account and vehicle. | * | $4,500.00 | | $4,500.00 |
| | {4} | | $2,500.00 | 1129-000 | | | $4,500.00 |
| | {12} | | $2,000.00 | 1129-000 | | | $4,500.00 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.21 | $4,495.79 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.02 | $4,488.77 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.71 | $4,481.06 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.53 | $4,474.53 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.75 | $4,467.78 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.97 | $4,460.81 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.43 | $4,453.38 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.72 | $4,446.66 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.17 | $4,439.49 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.39 | $4,432.10 |
| 01/09/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,125.00 | $3,307.10 |
| 01/09/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.86 | $3,302.24 |
| 01/09/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,000.00; Amount Allowed: 1,000.00; Distribution Dividend: 100.00; | 3110-000 | | $1,000.00 | $2,302.24 |
| 01/09/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 35.88; Amount Allowed: 35.88; Distribution Dividend: 100.00; | 3120-000 | | $35.88 | $2,266.36 |
| 01/09/2015 | 3005 | Internal Revenue Service | Claim #: 2; Amount Claimed: 3,397.09; Amount Allowed: 3,397.09; Distribution Dividend: 40.79; | 5800-000 | | $1,385.69 | $880.67 |
| 01/09/2015 | 3006 | Illinois Department of Revenue | Claim #: 3; Amount Claimed: 2,159.00; Amount Allowed: 2,159.00; Distribution Dividend: 40.79; | 5800-000 | | $880.67 | $0.00 |
| | | | **TOTALS:** | | $4,500.00 | $4,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,500.00 | $4,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,500.00 | $4,500.00 | |

| For the period of 5/14/2013 to 3/6/2015 | | For the entire history of the account between 11/12/2013 to 3/6/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,500.00 | Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 | Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,500.00 | Total Compensable Disbursements: | $4,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,500.00 | Total Comp/Non Comp Disbursements: | $4,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 13-20338-TAB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | STEPPS, MICHELLE | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4260 | | **Checking Acct #:** | ******3801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 5/14/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/6/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,500.00 | $4,500.00 | $0.00 |

**For the period of 5/14/2013 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/14/2013 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |